

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00888-CV

Dr. Kelly **ISBELL**,
Appellant

v.

Jeanne **RUSSELL**, Mission Street Consulting LLC, Kate Rogers, Melissa Alcala, and San Antonio Independent School District,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14512
The Honorable Renée A. Yanta, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against Appellant Dr. Kelly Isbell.

SIGNED January 16, 2019.

_____
Liza A. Rodriguez, Justice